IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| RAYMOND E. MOORER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:04cv874-CSC |
| ) | WO |
| JO ANNE BARNHART, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

On December 13, 2005, the plaintiff filed an application for attorney fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 in the amount of $3,521.59, which represents 23.10 hours of attorney time billed at a rate of $152.45 per hour. (Doc. # 19). The defendant does not object to the hourly rate or the amount of hours sought by plaintiff's counsel. (Doc. # 21). Accordingly, it is

ORDERED AND ADJUDGED that the application for attorney's fees and expenses (doc. # 22) be and is hereby GRANTED and that plaintiff's counsel, Felice Ann S. Goldstein, be and is hereby AWARDED fees in the amount of $3,521.59 under 28 U.S.C. § 2412.

Done this 12th day of January, 2006.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE